# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 24, 2022

## NO. 03-20-00180-CV

**In the Interest of L. G. J.**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION –**
**OPINION BY CHIEF JUSTICE BYRNE**
**CONCURRING OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on February 5, 2020. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.